FILED: February 4, 2003

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-1116**
(CA-02-2739-JFM, CA-00-1332-MDL)

———————————

In Re: MICROSOFT CORPORATION
      ANTITRUST LITIGATION

———————————————————————

SUN MICROSYSTEMS, a Delaware corporation,

                                       Plaintiff - Appellee,

      versus

MICROSOFT CORPORATION, a Washington
corporation,

                                   Defendant - Appellant.

WILDTANGENT, INCORPORATED,

                                Amicus Supporting Appellant.

———————————

CORRECTED ORDER

———————————

Appellant has filed motions for stay pending appeal, to expedite appeal, and to file a deferred appendix. Appellee has filed a response in opposition to the motion for stay pending appeal, and a response consenting to the motion to expedite and to file a deferred appendix.

Potential intervenor, WildTangent, Inc., has filed a motion for leave to intervene, consented to by appellant. Appellee filed a response in opposition.

The Court grants the motions for stay, to expedite, and to file a deferred appendix. The Court denies the motion for leave to intervene; however, the papers filed by WildTangent, Inc., will be accepted as a brief amicus curiae.

Entered at the direction of Judge Gregory with the concurrence of Judge Widener and Judge Niemeyer.

For the Court,


/s/ Patricia S. Connor
CLERK